THE CONSOLIDATED BANK OF McCOLL ET AL. v. SILAS N. McCALL ET AL.

(Filed 26 October, 1932.)

APPEAL by defendants from *Barnhill, J.,* at May Term, 1932, of ROBESON.

Civil action to recover on a promissory note executed by the defendants.

The defendants set up a counterclaim alleging usury and asked for an accounting.

There was a reference under the statute, and on exceptions to the referee's report, judgment was entered for the plaintiff. Defendants appeal, assigning errors.

*John G. Proctor and W. H. Humphrey, Jr., for plaintiffs.*
*J. E. Carpenter for defendants.*

Per Curiam. No reversible error has been made to appear on the record, hence the judgment will be upheld.

Affirmed.